AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Thomas Hoffman, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. Case No. 5:25-cv-04003-HLT-BGS |
| U.S. Department of Treasury, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants                                                              .

Date:   03/14/2025

*Attorney's signature*

Angela N. Ellis, DC Bar. No. 1670713
*Printed name and bar number*

4 Constitution Square,
150 M Street NE
Washington, DC 20002
*Address*

angela.ellis@usdoj.gov
*E-mail address*

(202) 598-7942
*Telephone number*

(202) 305-0275
*FAX number*