## CLERK'S COURTROOM MINUTE SHEET

| | |
|---|---|
| THOMAS HOFFMAN, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>US DEPARTMENT OF TREASURY, et al.,<br><br>     Defendants. | Case No. 5:25-cv-04003-HLT-BGS |

**Attorneys for Plaintiffs:**   Austin Nimocks
Ben Walton
Michael Toth
Chandler Carr
Stan Oyler

**Attorneys for Defendants:**   Angela Ellis
David Cooper
Gabrielle Durling
Dan Donovan
Doug Dalgleish
George Verschelden

| JUDGE: | District Judge Holly L. Teeter | DATE: | 6/18/2025 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Dani Murray |

# PRELIMINARY INJUNCTION HEARING

Counsel appears in person.

The Court **GRANTS** Movant Jeffrey Solar, LLC's Motion to Intervene (Doc. 38) for reasons as set forth in the full record.

The parties present argument on Plaintiffs' Motion for Preliminary Injunction (Doc. 24), County Defendants' Motion to Dismiss (Doc. 31), Federal Defendants' Motion to Dismiss (Doc. 49), and Intervenor Jeffrey Solar, LLC's Motion to Dismiss (Doc. 50) as set forth in the full record.

The Court takes the motions under advisement. Order to follow.